# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| CHERYL SINGLETON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 7:20-cv-01935-AMM-HNJ |
| ) | |
| CHAD GARRETT, Warden, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

This is an action for a writ of habeas corpus filed *pro se* by petitioner Cheryl Singleton pursuant to 28 U.S.C. § 2241. Doc. 1. Singleton challenges the calculation of her sentence by the Bureau of Prisons. *Id*. at 7. The Magistrate Judge entered a report on April 19, 2021, recommending that this petition be dismissed without prejudice. Doc. 13. Although the parties were advised of their rights to file objections to the report and recommendation within fourteen days, no objections have been received.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Magistrate Judge's report and recommendation, the court **ADOPTS** the magistrate judge's findings and **ACCEPTS** his recommendation. Accordingly, the petition for writ of habeas corpus is due to be **DISMISSED WITHOUT PREJUDICE**.

A separate Final Order will be entered.

**DONE** and **ORDERED** this 18th day of May, 2021.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE